# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Arianna Artemease McGill, Debtor                Case No. 24-50294-KMS
                                                         CHAPTER 13

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: June 4, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Arianna Artemease McGill, Debtor                    Case No. 24-50294-KMS
                                                                                               CHAPTER 13

### MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is in need of car repairs. The estimated cost for the repairs is approximately $2,167.74.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of July and August 2025 so those funds will be available to pay for the needed car repairs.
4. Debtor wishes to resume making payments beginning in September 2025.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on June 4, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                     <u>/s/ Thomas C. Rollins, Jr.</u>
                                     Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ARIANNA ARTEMEASE MCGILL | CASE NO: 24-50294-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/4/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ARIANNA ARTEMEASE MCGILL | CASE NO: 24-50294-KMS<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/4/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2025

_/s/ Miles Wood_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING       GULF COAST COMMUNITY FEDERAL CREDIT    SINGING RIVER HEALTH SYSTEM
NCRS ADDRESS DOWNLOAD                  UNION                                  CO MICHAEL J MCELHANEY  JR
CASE 24-50294-KMS                      BYRD  WISER                            P O BOX 1618
SOUTHERN DISTRICT OF MISSISSIPPI       PO BOX 1939                            PASCAGOULA   MS 39568-1618
WED JUN 4 9-17-35 PST 2025             BILOXI  MS 39533-1939



EXCLUDE
US BANKRUPTCY COURT                    AMERICAN CREDIT ACCEPTANCE             ASSET CARE LLC
DAN M RUSSELL  JR US COURTHOUSE        961 E MAIN ST                          2222 TEXOMA PKWY SUITE 180
2012 15TH STREET  SUITE 244            SPARTANBURG  SC 29302-2149             SHERMAN  TX 75090-2484
GULFPORT  MS 39501 2036




BAYOU VIEW FITNESS                     CREDIT ACCEPTANCE CORPORATION          CASHNETUSA
1116 COWAN RD                          25505 W 12 MILE ROAD SUITE 3000        175 W JACKSON BLVD SUITE 600
GULFPORT  MS 39507-3422                SOUTHFIELD MI 48034-8331               CHICAGO  IL 60604-2948




CREDIT ACCEPTANCE CORPORATION          GULF COAST COMM FED CREDIT UNION       GULF COAST COMMUNITY FEDERAL CREDIT
PO BOX 5070                            12364 HIGHWAY 49                       UNION
SOUTHFIELD  MI 48086-5070              GULFPORT  MS 39503-2741                ATTN  BANKRUPTCY DEPT
                                                                              2120 25TH AVENUE
                                                                              GULFPORT  MS 39501-4518



HENLEY  LOTTERHOS  HENLEY  PLLC        (P)JEFFERSON CAPITAL SYSTEMS LLC       NAVY FEDERAL CREDIT UNION
PO BOX 389                             PO BOX 7999                            PO BOX 3000
JACKSON  MS 39205-0389                 SAINT CLOUD MN 56302-7999              MERRIFIELD  VA 22119-3000




PREMIER BANK CARD                      PRESTIGE FINANCIAL                     PRESTIGE FINANCIAL SERVICES
601 S MINNESOTA AVE                    PO BOX 26707                           BANKRUPTCY DEPT
SIOUX FALLS  SD 57104-4824             SALT LAKE CIT  UT 84126-0707           PO BOX 26707
                                                                              SLC UT 84126-0707


                                                                              EXCLUDE
QUANTUM3 GROUP LLC AS AGENT FOR        (P)SELF INC                            (D)SINGING RIVER HEALTH SYSTEM
CF MEDICAL LLC                         901 E 6TH STREET SUITE 400             CO MICHAEL J MCELHANEY  JR
PO BOX 788                             AUSTIN TX 78702-3241                   P O BOX 1618
KIRKLAND  WA  98083-0788                                                      PASCAGOULA  MS  39568-1618



                                       EXCLUDE
TYLER MCGILL                           UNITED STATES TRUSTEE                  VERIZON
901 5TH ST                             501 EAST COURT STREET                  BY AMERICAN INFOSOURCE AS AGENT
PICAYUNE  MS 39466-3415                SUITE 6 430                            4515 N SANTA FE AVE
                                       JACKSON  MS 39201 5022                 OKLAHOMA CITY  OK 73118-7901



                                                                              DEBTOR
VERIZON WIRELESS                       WORLD FINANCE                          ARIANNA ARTEMEASE MCGILL
PO BOX 650051                          104 S MAIN ST                          108 N ISLAND VIEW AVE SUITE B
DALLAS  TX 75265-0051                  GREENVILLE  SC 29601-2711              LONG BEACH  MS 39560-5414
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                                 EXCLUDE

THOMAS CARL ROLLINS JR                  (P)WARREN A. CUNTZ, II JR
THE ROLLINS LAW FIRM, PLLC              PO BOX 3749
PO BOX 13767                            GULFPORT MS 39505-3749
JACKSON, MS 39236-3767
```